RECEIVED

DEC 1 0 2015

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

JAMES EUGENE WOLF              /

PLANTIFF.                      /

VS.                            /

ARNOLD MISSOURI     ETAL      /

DEFENDANT                      /

MOTION1. AGAINST ARNOLD, MISSOURI

1.   CONSTANT AND HABITUAL HARASSMENT. THE CITY OF ARNOLD
     MISSOURI HAS WITH MALICE BEAT ON OUR OWNERSHIP AND USE
     OF THE PROPERTY LOCATED AT 1156-1158 TELEGRAPH RD.
     SUPPORTIVE EVIDENCE AS FOLLOWS:

2.   ARNOLD HAS USED IT'S POWER OF GOVERNMENT TO INSTRUCT
     THE ARNOLD POLICE DEPARTMENT TO COME AND WRITE TICKETS
     AGAINST THE PROPERTY, ALLEGING THAT SOME PERSON IN THE
     AREA HAS CALLED IN ON THE PROPERTY. WHEN ASKED WHO
     CALLED THEY ALWAYS CLAIM THAT THE CAN'T GIVE OUT THE
     INFORMATION. BUT IT DOESN'T STOP THEM FROM CONSTANTLY

TICKETING OUR VEHICLES. WRITING UP THE PROPERTY WHEN
SOMEONE ROOTS THROUGH THE TRASH AND THROWS IT
EVERWHERE. OR OUR GRASS IS MORE THAN 3 INCHES TALL..

3.    I WOULD NOW LIKE TO MOVE BACK TO THE BEGINNING WHEN
WE PURCHASED THE PROPERTY AND THEN MOVE FORWARD. IT
WILL MAKE THINGS MUCH EASIER TO SEE AND TO UNDERSTAND.

4.    I PURCHASED THE PROPERTY IN THE AREA OF 2004 THE
BUILDING WAS A COMPETE MESS. INSIDE THE BUIDING WAS
COVERED WITH SPIDER WEBS AND DIRT/DUST. THE WATER WAS
SHUT OFF. THE SEWER CLOSED OFF. THE OUTSIDE WAS A MESS.
COVERED WITH DIRT. THE ROOF LEAKED.. THE YARD WAS
OVERRUN WITH WEEDS. THE DRIVEWAY WAS FADED FROM LACK
OF A SEALER ON THE BLACKTOP.

5.    OVER ALL THE BUILDING LOOKED SOUND AND STRUCTURLY
GOOD.. BUT THE BUILDING NEEDED A LOT OF WORK TO BRING IT
UP TO A USEABLE STANDARD.

6.    WE DECIDED TO REBUILD THE INSIDE AND THE OUTSIDE AND
TO BRING THE BUILDING UP TO A GOOD STANDARD AND TO USE
THE BUILDING FOR OUR PLUMBING / AIR CONDITIONING
COMPANY.

7.    WE STARTED OUTSIDE THE BUILDING. WE CUT ALL THE WEEDS
DOWN CLEANED UP ALONG THE FENCE LINE. RECOVERED THE
BLACKTOP WITH SEVERAL COATS OF SEALER. MOWED THE GRASS
AND TRIMMED ALL THE EDGES, THE PLACE WAS STARTING TO
LOOK BETTER.

8.    WE WERE WORKING ON THE FRONT OF THE BUILDING.
SUDDENLY A VEHICLE FROM ARNOLD,MISSOURI CAME SKIDDING
TO A STOP IN THE DRIVEWAY. OUT JUMPED A MAN FROM THE

CITY OF ARNOLD. HE ASK WHO OWNED THIS PROPERTY? I WAS THERE AND STATED THAT I OWNED THE PROPERTY. HE WAS VERY MAD AND STATED HE HAD TRIED TO BUY THE PROPERTY AND THAT HE WAS UNABLE TO GET AN ANSWER. I TOLD HIM I HAD NO PROBLEM AND THE DEAL WAS VERY EASY. HE GOT MAD AND STATED THE HE WANTED THIS PROPERTY. I SAID SORRY BUT I HAD BOUGHT IT AND IT WASN'T FOR SALE.

9.      SHORTLY THE PROBLEMS STARTED. A FEW DAYS LATER A BUILDING INSPECTOR STOPPED BY AS WE WERE WORKING. HE WANTED TO DO AN INSPECTION. I TOLD HIM WE WERE NOT READY FOR THE INSPECTION. HE SAID HE WANTED TO DO A WALK THROUGH AND TELL US WHAT WAS WRONG. I TALKED IT OVER WITH THE OTHER PEOPLE THERE WE DECIDED TO GO AHEAD. LET HIM INSPECT. HE WENT THROUGH THE BUILDING WRITING UP EVERTHING. HE THEN TRIED TO PUT A TIME LINE FOR US TO COMPLETE EVERYTHING. WE TOLD HIM WE WERE WORKING ON THIS AS TIME PERMITTED. NOT FULL TIME.

10.      A FEW DAYS LATER WE RECEIVED A FORMAL LETTER WITH EVERTHING WE NEEDED TO DO TO BE ABLE TO USE THE BUILDING. IT WAS FAR MORE EXTENSIVE THEN WE HAD PLANED AND FAR MORE COSTLY. WE DIDN'T HAVE THE TIME OR THE FUNDS TO DO EVERYTHING IN A SHORT TIME. ARNOLD WAS NOW IN CHARGE THEY IMMEDIATELY STARTED TO BULLDOG US AND WE JUST DIDN'T UNDERSTAND WHY.

11.      WE WORKED ON THIS BUILDING AS MUCH AS POSSIBLE. CLEANING THE OUTSIDE.THEN WE DECIDED TO PAINT THE BUILDING. WE DID. THE WHOLE OUTSIDE. WE PUT NEW GUTTERS ON THE BUILDING. WE TORE THE ROOF OFF THE BUILDING. WE

PUT NEW WOOD ON THE ROOF OF THE BUILDING. WE PUT A NEW ROOF ON THE BUILDING.. NEW HEATING AND AIR CONDITIONING EQUIPMENT THROUGH OUT THE BUILDING.

12.    WE  CALLED THE CITY OF ARNOLD TO FIND OUT EXACTLY WHERE WE COULD PUT A FENCE ON THE FRONT OF THE PROPERTY. THEY TOLD US IT COULD BE 15 FEET FROM TELEGRAPH ROAD. WE ASKED THEM TO COME TO THE PROPERTY AND TO TELL US WHERE THE FENCE SHOULD GO ON THE PROPERTY LINES. THE PROPERTY HAD JUST HAD A NEW SURVEY. AN INSPECTOR FOR THE CITY CAME TO THE BUILDING. HE POINTED OUT THE SPOTS WE COULD PUT A FENCE. WE SPRAY PAINTED THE SPOTS ON THE GROUND. HE TOLD US 15 FEET FROM ROADWAY.

13.    WE INSTALLED A BRAND NEW FENCE A FEW INCHES IN FROM THE MARKS THE INSPECTOR GAVE US. IT REALLY LOOKED NICE AND GREATLY IMPROVED THE PROPERTY. WE INSTALLED NEW GRAVEL INSIDE THE FENCE. SEVERAL THOUSAND DOLLARS WORTH OF NEW GRAVEL. PLANTED NEW GRASS SEED. WE OVERALL GREATLY IMPROVED THE PROPERTY.

14.    WE INSTALLED A NEW SIGN CUSTOM PAINTED AND REALLY NICE. WE ONCE AGAIN CALLED THE ARNOLD INSPECTOR TO TELL US WHERE WE COULD PUT THE SIGN. 15 FEET FROM THE ROAD. TELEGRAPH RD TO BE ACCURATE. WE INSTALLED A NICE SIGN ON THE EXACT SPOT THE INSPECTOR TOLD US.

15.    EVERTHING WAS FINALLY DONE AND READY FOR AN OCCUPANCY INSPECTION. ALL LOOKED GREAT AND WONDERFUL FRESH AND NEW AND READY FOR PEOPLE.

16.     WRONG THE INSPECTORS SHOWED UP. THEY WENT THROUGH THE BUILDING WITH A MICROSCOPE. EVERYTHING WAS WRONG. THE LIST OF THINGS WRONG WAS UNBELIEVABLE.

17.     WE WERE HEART BROKEN. ALL THAT WORK AND NOTHING.WE START THROUGH THE LIST. FIXED EVERYTHING AND CALLED FOR A REINSPECTION. MOST THINGS WERE OK. A NEW LIST. WE AGAIN FIXED THE PROBLEMS.

18.     WE FINALLY GOT EVERYTHING DONE. AND THEN THEY TELL US WE NOW NEED A FIRE INSPECTION. WHY NO ONE TOLD US BEFORE. NO ANSWER. ONLY LAUGHTER.

19.     WE CALLED THE FIRE INSPECTOR A WHOLE NEW SET OF PROBLEMS. WE FIXED THEM. A NEW INSPECTION. OK EXCEPT FOR A FEW MINOR PROBLEMS. FIXED THEM CALLED INSPECTION ALL OK.

20.     ARNOLD COMES BACK. WE FINALLY GET A LETTER AND OCCUPANCY PERMIT.

21.     A FEW DAYS LATER IN THE MAIL COMES A LETTER. THE LETTER STATED TO REMOVE THE SIGN IT COULD NOT BE ON THE STREET. IT HAD TO BE ON THE BUILDING. YOU GOT TO BE KIDDING.  WE HAD FULL PERMISSION FORM THE INSPECTOR TO PUT THE SIGN RIGHT WHERE HE TOLD US TO PLACE IT. WE CALLED AND TOLD THEM IT MUST BE A MISTAKE. THAT WE HAD PERMISSION TO INSTALL IT RIGHT THERE....

22.     NO MISTAKE TAKE THE SIGN DOWN. WE WERE FLOORED. WE CALLED BIANCIA EDEN THE COMPANY ATTORNEY. SHE CALLED AND TALKED TO ARNOLD. REMOVE THE SIGN WAS THE ANSWER.

23.     WITH GREAT ANGER WE REMOVED THE SIGN..

24.      WE ASKED IF WE COULD PUT IT ON THE BUILDING. NO WAS THE ANSWER. BUT WHY EVERY OTHER COMPANY WAS ALLOWED A SIGN. WHY NOT US. NO ANSWER.

25.      WE JUST TOOK IT DOWN AND PLACED IT IN THE BUILDING . IT'S STILL IN THE BUILDING.

26.      A COUPLE OF MONTHS WENT BY. A NEW LETTER SHOWS UP FROM ARNOLD, MISSOURI THIS LETTER TELLS US TO REMOVE THE FENCE FROM THE FRONT OF THE BUILDING AND TO TAKE THE FENCE DOWN ALONG THE SIDE. WHY IN THE WORLD WOULD YOU ASK US TAKE DOWN WHAT YOU APPROVED?

27.      WE CALLED BIANCA EDEN THE COMPANY ATTORNEY. WE WENT TO COURT. THEY TOLD US TO REMOVE THE FENCE IN NO UNCERTAIN TERMS. THE ARNOLD POLICE CAME TO THE COURT ROOM AND TOLD ME NOT TO TALK. WHAT??? THIS IS MY TRIAL WHY CAN'T I TALK. ???? THE OFFICER CAME OVER TO ME AND TOLD ME TO SHUT UP AND NOT SAY ANYTHING OR I WAS GOING TO JAIL. MY ATTORNEY WAS FLOORED I WAS FLOORED. WHAT THE HECK IS THIS A COMM\UNIST COUNTRY?? NO IT'S ARNOLD MISSOURI  WORSE THAN A COMMUNIST COUNTRY. THEY WOULD ALLOW YOU TO TALK AT YOUR OWN TRIAL.

28.      WITH GREAT REMORSE WE REMOVED THE FENCE AND HAD A NEW TRIAL SET WITH ARNOLD. NO TRIAL HAPPENED THE ATTORNEY SAID WE WOULD HAVE TO HAVE A VARIANCE.

29.       WE APPLIED FOR A MEETING WITH THE CITY COMMISSION. A TRUE JOKE.... A REAL JOKE... NOW WE BEGIN TO SEE WHAT'S WRONG... THE CITY COMMISSION IS MADE UP OF COMPANIES IN THE AREA THAT ARE OUR COMPETITION IN BUSINESS. THIS IS WHERE PART OF OUR PROBLEM IS IN ARNOLD.

30.     WE HAD THE MEETING WITH THE CITY COMMISSION. REMOVE THE FENCE AND KEEP IT FIFTY FEET BACK FROM THE ROAD . WE LOST THE USE OF A BIG CHUNK OF OUR PROPERTY..

31.     THEY ACTUALLY TOLD US THAT WE COULD NOT HAVE A SIGN. WHY????

32.     WE DID AS THEY SAID. BUT WE NOW KNOW WHAT'S GOING ON IN ARNOLD MISSOURI..

33.     ABOUT SIX MONTHS WENT BY ALL OK. I GET STOPPED BY THE HIGHWAY PATROL. TAIL LIGHT IS OUT ON MY TRUCK... THEY TELL ME I HAVE AN OPEN WARRANT FOR A TICKET. THAT'S IMPOSSIBLE. I HAVE NO TICKETS ANYWHERE. HE PUTS ME IN HANDCUFFS AND OFF WE GO. LEFT MY TRUCK SITTING THERE. I CALLED MARK MESSENGER AN EMPLOYEE AND HE CAME AND GOT THE TRUCK. I GET TAKEN TO NONE OTHER THAN ARNOLD, MO. OPEN WARRANT ON THE FENCE. I SAID THIS IS IMPOSSIBLE. THAT WE ARE ALL FINISHED WITH THE FENCE ISSUE. THEY TOLD ME I WAS UNDER ARREST IN ARNOLD AND I WOULD HAVE TO BOND OUT FOR 300 DOLLARS.. WHY?? THIS IS CRAZY... NO ARNOLD.

34.     WELL WE PAID THE BOND AND I GOT OUT. CALLED BIANCA EDEN ATTORNEY.. SHE CALLED ARNOLD ALL OK THEY FORGOT TO REMOVE THE BENCH WARRANT FOR FAILURE TO APPEAR IN COURT FOR THE FENCE. WHAT? I GOT MY MONEY BACK AND IT GOT RESOLVED WITH MUCH ADO. ARNOLD STYLE.

35.     ARNOLD THEN STARTED INTO THE NEW PATTERN OF HARRASSMENT WHICH IS CONTINUING INTO TODAY. WE OWN A PLUMBING, HEATING AND AIR CONDITIONING COMPANY.. SOME DEBRIS COMES BACK AFTER JOBS. WE GET A DUMPSTER.. THEY

DUMP IT REGULARLY. PEOPLE GO THROUGH THE DUMPSTER LOOKING FOR METAL, COPPER AND OTHER THINGS OF VALUE. THEY THROW THE TRASH ALL OVER THE GROUNG LOOKING FOR VALUABLE ITEMS. ARNOLD WRITES US UP. NOT OUR FAULT. THEY ONLY CAUGHT ONE PERSON IN THE WHOLE TIME WE HAVE BEEN THERE. DID NOTHING.

36.     WE HAVE A SMALL GRASSY AREA IN FRONT OF THE BUILDING AT THE STREET. PART OF THE AREA IS OWNED BY THE STATE OF MISSOURI. PART IS OURS. ARNOLD WRITES US UP FOR THE GRASS IN FRONT IF IT'S OURS OR THE STATES' WE GET WRITTEN UP. THEY HAVE CONTINUOUSLY HAD OUR VECHILE BROKEN INTO GAS STOLEN ON A REGULAR BASIS BUT NO ONE HAS EVER BEEN CAUGHT. OUR PLATES ARE REMOVED FROM OUR VECHILES. SWITCHED FROM ONE VECHILE TO THE NEXT. NO ONE HAS EVER BEEN CAUGHT.

37.     ONE NIGHT AT ABOUT 1 AM MY MOTHER CALLED ME AND TOLD ME THE ARNOLD MISSOURI POLICE JUST CALLED HER AND SAID MY TRUCK WAS BROKEN INTO ON THE FRONT LOT. I SAID WHY DID THEY CALL YOU? SHE SAID SHE NEVER EVER GAVE THEM HER NUMBER. I THOUGHT SOMETHING IS WRONG. THEY TOLD HER TO TELL ME TO MEET THEM AT THE PROPERTY IN ONE HOUR.

38.     SOMETHING IS BAD WRONG WITH THIS... I TOLD JUDY WOLF THAT SHE WAS GOING TO HAVE TO GO WITH ME AT THIS TIME OF NIGHT. I FELT SOMETHING WAS GRAVELY WRONG... AT ABOUT 2 AM WE ARRIVED AT THE PROPERTY NO POLICE. I GOT OUT AND TOLD JUDY TO STAY IN THE CAR WATCHING. I WALKED AROUND AND LOOKED NOTHING WAS WRONG. NO TRUCKS OPEN- NOTHING. I WENT BEHIND THE BUILDING. THE ARNOLD POLICE

CAME IN NO LIGHTS ON.I WAS IN THE BACK . I CAME AROUND THE BUILDING TOWARD JUDY . THERE WAS AN ARNOLD POLICE OFFICE CREEPING ALONG THE BUILDING CAREFULLY. I YELLED JUDY ARE YOU OK.....? SHE SAT UP IN THE SEAT AND SAID YES QUIETLY. BUT THE OFFICER KNEW AT THAT POINT THERE WAS ANOTHER WITNESS. I DIDN'T LIKE THIS SITUATION. COULD HAVE EASILY BEEN SHOT BY THE ARNOLD POLICE. I CONFRONTED THE OFFICER HE TOLD ME THE DOOR TO THE VAN WAS OPEN AND HE THOUGHT SOME THING MIGHT HAVE BEEN STOLEN...I LOOKED IN THE VAN NOTHING MISSING.

39.     ARNOLD I BELIEVE WOULD NOT HESTITATE TO ELIMINATE SOME PROBLEM BY ANY MEANS NECESSARY. AGAIN THIS IS MY BELIEF. DID NOT LIKE THE SITUATION.

40.     WE HAVE HABITUALLY BEEN WRITTEN UP BY ARNOLD FOR ANY AND EVERY INFRACTION GOING BACK TO THE FIRST DAY I PURCHASED THE PROPERTY. THE BUILDINGS IN ALL DIRECTIONS AROUND US HAVE WORSE PROBLEMS BUT ARNOLD DID NOTHING. THEY JUST WRITE US UP. SEE EVIDENCE A1

41.     FOR A LONG TIME, I AM TALKING YEARS, WE HAD SCRAP METAL STORED BEHIND THE BUILDING AND ON THE SIDE. AS SOON AS WE GOT A NICE PILE THE CITY WOULD WRITE US UP. THE LETTER WOULD SHOW UP LIKE CLOCK WORK. WE WERE BACK IN TROUBLE. WE WOULD HAVE TO STOP ALL WORK AND GO GET THE TRAILER AND THEN HAUL OFF ALL METAL OR WE WOULD FACE A FINE.

MOTION 2 BUSINESS AND PERSON INTERFERENCE /CIVIL RIGHTS
VIOLATIONS.

WE SEEK DAMAGES.

42.    THE ARNOLD POLICE HAVE ORANGE FLAGGED OUR
VECHILES ON A REGULAR BASIS. THIS MEANS THEY BELIEVE THERE
IS A MINOR INFRACTION AND THAT WE SHOULD MOVE THE
VECHILES OFF THE PROPERTY IN 14 DAYS OR LESS. THE
PROPERTIES ALL AROUND US HAVE GREATER PROBLEMS BUT
ARNOLD DOES NOTHING.. THE BUSINESS KNOWN AS KENNEDY
TIRE LOCATED DIRECTLY NEXT TO US HAS THE FOLLOWING AS OF
SEPTEMBER 10,2015. SEE PICTURES FOR ADDITIONAL
SUPPORTIVE EVIDENCE.

43.    OLD TIRES STACKED ALL AROUND THE PROPERTY. A BROKE
DOWN TRUCK IN FRONT OF THE BUILDING FULL OF TIRES AND
FALLING ON THE GROUND. A JEEP BROKE DOWN AND TAGGED.
HAS BEEN ON THE PROPETY FOR SEVERAL YEARS. I AM SURE
SEVERAL YEARS. A LARGE SEMI TRAILER IN THE REAR OF THE
BUILDING FALLING APART... A LICENSE PLATE WITH NO CURRENT
STICKER. BEEN ON THE PROPERTY FOR YEARS.USED MOTOR OIL
ILLEGALLY STORED IN A LARGE PLASTIC BOX. GROSS NEGLIGENCE
AS THE PROPERTY IS ILLEGALLY STORING OIL WITHOUT A
SECONDARY CONTAINMENT. THEY ARE NEAR THE WATER SHED
OF THE MEREMAC RIVER LESS THAN ONE BLOCK. THIS IS A GROSS
VIOLATION IN ACCORDANCE WITH THE EVIRONMENTAL
PROTECTION AGENCY. IF THIS OIL SPILLS THEY ARE IN VIOLATION
OF CONTAMINATION OF THE RIVER AND WOULD BE SUBJECT TO
LARGE FINES. THE CITY OF ARNOLD TURNS THEIR HEAD AS THEY
ARE A GOOD OLD BOY OPERATION. INSTEAD THEY COME BEAT

ON US NEXT DOOR. A SIGN WITH STEEL POST RIGHT ON THE STREET. AS YOU PROBABLY REMEMBER WE WERE WRITTEN UP FOR OUR SIGN. THEIR'S IS IN THE SAME SPOT ALL OK GOOD OLD BOY SYSTEM. NUMEROUS VECHILES PARKED ON THE GRASS ALL ABOUT THE PROPERTY. WE WERE WRITTEN UP FOR THE SAME VIOLATION. ALL OK HE'S A GOOD OLD BOY.

44.     LET'S MOVE ACROSS THE STREET TO THE LOVELY GATEWAY AUTO REPAIR. LOCATED ON TELEGRAPH RD. SAME IDENTICAL PROBLEMS. JUNK CARS PARKED ALL ABOUT THE PROPERTY. ILLEGAL OIL CONTAINMENT NO SECONDARY CONTAINMENT. OIL IS STORED IN A PLASTIC BOX. WHICH COULD LEAK AT ANY GIVEN TIME. AGAIN LOCATED WELL WITHIN THE WATER SHED OF THE MERAMAC RIVER. AGAIN LESS THAN ONE BLOCK. I FOUND NUMEROUS OLD AUTOMOTIVE PARTS JUNK STORED ABOUT THE PROPERTY.  OLD ENGINES, SECTIONS OF AUTO'S, VARIOUS OLD ABANDONED AUTOMOVILES, LOTS OF OLD TIRES AND OTHER PIECES OF JUNK ABOUT THE PROPERTY.

45.     MOVING DIRECTLY BEHIND THE AUTO REPAIR COMPANY OF GATEWAY WE FOUND AN INTERESTING DISPLAY OF JUNK. APPARENTLY ASSOCIATED WITH A BUSINESS BUT NO NAMES ON ANYTHING. THERE IS AN OLD TRAILER WITH JUNK PILED ALL ABOUT IT. THERE IS VARIOUS AMOUNTS OF INDUSTRIAL EQUIPMENT SITTING ABOUT. FORK LIFTS ETC. OLD LADDERS, AND JUST GENERAL WASTE EVERYWHERE. THIS IS IN PLAIN SIGHT OF TELEGRAPH ROAD. APPARENTLY ARNOLD ONLY GOES AFTER PEOPLE THEY WANT TO AND FORGET THE REST..

46.     NEXT WE MOVE ACROSS THE STREET AND GUESS WHAT WE FIND A STORAGE YARD. ON THE STORAGE YARD WE FIND ALL

KINDS OF JUNK. RIGHT IN PLAIN SITE WITH NOTHING BUT A CHAIN LINK FENCE. YOU CAN SEE ALL THE PIECES OF TRASH AND JUNK FROM ABOUT A BLOCK AWAY. ARNOLD DOESN'T ASK THEM TO PUT UP A PRIVACY FENCE. NO WAY. THE CITY OF ARNOLD CAN TELL YOU WHAT FLOWERS, SHRUBS AND TREES YOU CAN HAVE ON YOUR PROPERTY..EXACTLY HOW YOUR GROUND CAN BE PLANTED. AND THE TYPES OF TREES. THIS IS CRAZY. BUT NOT ONE LITTLE BIT OF NOISE ABOUT THE JUNK AND TRASH ALL ABOUT THE PROPERTY. YEP THEY ARE PROUD OF THE TRASH. ARNOLD IS PROUD OF THE TRASH. THEY ENCOURAGE AS MUCH JUNK AND TRASH AND OLD CARS AND WHAT EVER. ALL OK

47.      ARNOLD JUST TURNS THEIR HEAD LOOKS THE OTHER WAY AND THE PROBLEMS GO AWAY. AT LEAST FOR THE OTHER FOLKS THE PROBLEMS GO AWAY. OUR PROBLEMS CONTINUE ALMOST ON A WEEKLY BASIS WITH ARNOLD.

48.      IF WE GO JUST A LITTLE FURTHER UP THE STREET GUESS WHAT WE FIND A HOUSE ON THE TOP OF THE HILL. ON THE PROPERTY WE FIND ALL KINDS OF JUNK CARS AND AN OLD BOAT SITTING ON THE PROPERTY. TRASH AND DEBRIS ALL OVER THE PLACE.  THAT'S ALL OK THERE GOOD FOLKS. NO PROBLEMS.

49.   DIRECTLY ACROSS THE STREET FROM THIS HOME IS A REAL PILE OF HOMESTEADER JUNK. THEY OWN AND REPAIR OLDER LAWNMOVERS. ALL ABOUT THE HOME IS A COLLECTION OF OLD JUNK LAWN MOWERS HEY THAT'S A OK THEY ARE GOOD OLD BOYS. NO PROBLEM. THIS PROPERTY HAS A COLLECTION OF ALL SORTS OF JUNK. BUT HONESTLY  HEY NO PROBLEM   A GOOD OLD BOY..

50.   THERE ARE JUNK CARS ON THE PROPERTY TRASH AND REAL OLD PILES OF TRASH ALL OVER. BUT THEY ARE NEAT PILES OF TRASH. HEY HE'S A GOOD OLD BOY.. ALL OK.

51.   ON THE WAY TO OUR SHOP THE POLICE HAD TO PASS THIS THAT'S WHAT'S SUCH A JOKE. THEY HAD TO PASS ALL OF THIS TRASH. SO THEY WERE ONLY AFTER US NOBODY ELSE. NO ONE. THATS VERY OBVIOUS. THE POLICE RACED BY ALL THIS JUNK, TRASH,TIRES, OIL DRUMS, JUNK CARS AND EVERY OTHER INFRACTION.

52.   THEY WILL COME UP WITH A GREAT PACK OF LIES TO MAKE THEIR CASE SOUND WONDERFUL AND GREAT AND TRUE.  WELL GUESS WHAT IT'S NOT TRUE. THEY ARE AFTER US AT ALL COSTS.UP TO AND INCLUDING TAKING ONE OF OUR LIVES IF NECESSARY TO PROVE A POINT. REMEMBER THE 1 AM CALL ABOUT THE VAN.


MOTION:  PROPERTY AND BUSINESS  DAMAGES THROUGH NEGLIGENCE AND WILLFULL MALICE. WATER RUN OFF AND FLOODING OF PROPERTY.
WELL ARNOLD HAS OUT DONE THEMSELVES ON THIS ONE PROVING HOW INCOMPETENT THE CITY REALLY IS AND WHY WE NEED FEDERAL OVERSIGHT ON ARNOLD MISSOURI. I WOULD MOVE THAT ARNOLD BE PUT UNDER  FEDERAL OVERSIGHT. UNTIL IT IS CLEANED UP AND THE CORRUPTION DONE AWAY WITH. THE CITY OF ARNOLD ALLOWED AMERON UE TO DAM OFF THE NATURAL WATER SHED OF THE AREA. THEY OWN THE PROPERTY ADJACENT TO 1158 TELEGRAPH RD. OUR PROPERTY.THEY ALLOWED AMERON UE TO BUILD AN EARTHEN DAM ACROSS THE WATER SHED FOR TELEGRAPH RD. THE COMPANY THEN PLACED A TRANSFORMER ON THE TOP OF THE EARTHEN DAM. THIS CREATED A MESS. IT FLOODED AND

ERRODED OUR PROPERTY AND HAS DAMAGED THE PROPERTY BADLY.. THE NEW FENCE WE INSTALLED IS NOW LAYING IN THE WATER SHED AREA. IT WASHED AWAY ALL THE SOIL AND THE FENCE IS FALLING INTO THE WATER AREA. STANDING WATER SITS IN THE WATER SHED ALL YEAR LONG CREATING A BREEDING GROUND FOR ALL VERMIN. YEP ARNOLD DOES IT GOOD. THE DITCH HAS FLOODED OUR BUILDING ON NUMEROUS TIMES FLOODING THRU THE INTERIOR OF THE BUILDING. ARNOLD AFTER 4 YEARS OF ASKING AND FIGHTING TO GET SOMETHING DONE. ARNOLD CUT A SMALL RELEIF HOLE THROUGHT THE DAM. ABOUT A ONE FOOT WIDE RELIEF HOLE. IT IS STILL FLOODING OUR BUILDING. WE HAVE MOLD IN OUR BUILDING. WE CAN'T USE THE BUILDING OR RENT IT OUT. ARNOLD LAUGHS AT US AND DOES NOTHING. OUR INSURANCE COMPANY CAME OUT AND TOOK PICTURES. WE DID NOT HAVE THE RIGHT TYPE OF FLOOD INSURANCE AND THEY SAID ARNOLD CAUSED THIS NO COVERAGE. SO WE HAVE NO CHOICE BUT TO FILE A FEDERAL SUIT AS WE ARE IN A SUIT WITH JEFFERSON COUNTY AND THE MISSOURI COURT SYSTEM FOR CORRUTION. THEREFORE, THIS MUST BE FILED IN A FEDERAL COURT.

ARNOLD HAS DONE NOTHING I SET UP A MEETING TO TRY AND MAKE A SOLUTION TO THIS PROBLEM AND THEY TICKETED MY TRUCKS AFTER THEY REMOVED THE PLATES. THEY STOOD THERE LAUGHING AT ME. WITNESS TO THIS MARK MESSENGER. WE WENT TO THE MISSOURI HIGHWAY PATROL ON KOCH ROAD TO SHOW THEM WHAT TOOK PLACE. THEY MADE A BRIEF REPORT BUT DID NOTHING TO DATE. YOU SEE THE LOCAL COPS ARE THE BACK UP TO THE HIGHWAY PATROL AS THEY HAVE FEW MEMBERS SO THEY DO NOT WANT TO INTERFER WITH THEIR OWN HELP. HENCE NO HELP

FROM THE HIGHWAY PATROL. ARNOLD IS OUT OF CONTROL.THEY
DO EXACTLY WHAT THEY WANT. NO SYSTEM OF CHECKS OR
BALANCES IS IN PLACE TO STOP THEM. THEY DID NOTHING TO HELP
OUT ON THE FLOODING TO DATE. WE HAVE NO CHOICE BUT TO FILE
SUIT.THEY ARE ABOVE THE LAW. THE AREA NEEDS PROPER WATER
RELIEF AND A CULVERT PIPE SYSTEM NOT A VERMIN BREEDING
GROUND THAT ARNOLD HAS CREATED. ARNOLD MISSOURI CHARGES
MONEY FROM ALL PEOPLE IN THE AREA FOR WATER RUN OFF INTO
THIS DRAINAGE DITCH. THEY ARE DIRECTLY RESPONSIBLE FOR THE
WATER DITCH AS THEY REAP LARGE SUMS OF MONEY FOR THE
WATER GOING INTO THE DITCH. YET THEY DO NOTHING TO
MAINTAIN THE DITCH ONLY MAKE MONEY.
WE HAVE A TRUE MESS A CITY GOVERNMENT INFLUENCED BY LOCAL
UNIONS WHICH DO NOTHING TO HELP THE COMMUNITY. WATER
DAMAGING OUR PROERTY BY THE BUCKETS FULL. A CITY
GOVERNMENT WHICH IS BEYOND CORRUPT. A MAYOR THAT IS
DOING NOTHING HE RUNS HIS AUTO BODY SHOP FULL TIME AND
THE CITY AS HE GETS TIME. BY THE WAY THE MAYOR CALLED ME UP
ON A SUNDAY MORNING AND CUSSED ME OUT.  A REAL CLASS ACT
HE IS.  I AM SURPRISED HE DIDN'T PUT HIS SPORT COAT ON INSIDE
OUT FOR THE PHOTOS IN THE ARNOLD WEB SITE..AND A POLICE
FORCE THAT ENFORCES THE CORRUPTION BY ANY MEANS
NECESSARY. THIS IS ARNOLD MISSOURI.  GOD HELP US...
YOUR HONOR I COULD GO ON AND ON AND ON AND ON BUT THIS
NEEDS TO COME TO A CONCLUSION. ARNOLD GOVERNMENT IS OUT
OF CONTROL.THEY HAVE DAMAGED OUR PROPERTY.  DONE
NOTHING TO REMEDY THE PROBLEMS. CHARGED LARGE SUMS OF
MONEY TO THE COMMUNITY FOR NOTHING. ALLOWED THE

DAMMING OF A NATURAL WATER SHED. USED THE POLICE AS A TOOL OF CORRUPTION. AND VIOLATED ALL OUR CIVIL RIGHTS BEYOND ANY STROKE OF REALITY. PLEASE YOUR HONOR PLACE ARNOLD MISSOURI UNDER FEDERAL CONTROL AND CLEAN THIS MESS UP.

YOUR HONOR PLEASE ,PLEASE, PLEASE KEEP THIS TRIAL INTACT WITH THE WHOLE GROUP OF PEOPLE AS CHARGED. WE NEED CHANGE AND WE NEED NEW WAYS TO CREATE CHANGE. NOT THE SAME OLD SAME OLD SAME OLD SAME OLD. YOUR SEE IT DOESN'T SOUND SO GOOD.

IN THE LAST FEW DAYS SEPT 6 2015 ARNOLD ONCE AGAIN WENT ON THE ATTACK TICKETING OUR  VECHILES AND SLAPPING US AROUND FOR FILING A SUIT AGAINST THIS CORRUPT LITTLE UTOPIA.

THEY MUST HAVE INSTRUCTED THE TRASH SERVICE NOT TO PICK UP SO ARNOLD COULD GET ANOTHER TICKET. IT IS APPARENT THAT SOMEONE ROOTED, THREW THE TRASH DUMPSTER AND SPREAD TRASH ABOUT THE GROUND. ARNOLD HAS NOW RUN DOWN TO OUR PROPERTY AND TICKETED THE PROPERTY FOR THE TRASH WHICH WAS SPREAD BY OTHERS. ARNOLD NEVER CATCHES ANYONE EXCEPT US. ITS' MUCH SAFER AND WORKS BETTER FOR THEM AT THIS TIME.

I AM BEGGING THE FEDERAL ADMINISTRATIVE JUDGE TO ISSUE AN INJUNCTION AND RESTRAINING ORDER AGAINST ARNOLD, MO TO STOP THE ABUSIVE ATTACK AGAINST OUR COMPANY, OUR PROPERTY, MY SELF AND FAMILY. I WOULD LIKE THIS IMPOSED IMMEDIATELY AS THEY ARE ON A FULL SCALE ATTACK AS ALWAYS.

THIS IS HOW THEY DO BUSINESS. THE OFFICERS NAME IS CHODINI IN
CONVERSATIONS WITH HIME HE CLAIMED TO BE A RELATIVE OF THE CHIODINI
ARCHITECTURAL/ CONSTRUCTION COMPANY IN ST LOUIS. HE MAY CLAIM THAT
HE IS NOT A RELATIVE AT THIS TIME HOWEVER, HE WAS A RELATIVE PRIOR. WE
KNOW HOW THIS TOWN WORKS IT'S VERY CORRUPT THEY ATTACK THE WHOLE
FAMILY.  SEE TICKETS AND IMFORMATION ENCLOSED.

WHILE IT MAY SEEM UNUSUAL. I TRIED TO FILE A SUIT AGAINST ARNOLD
MISSOURI BUT FOUND THAT THE ATTORNEY WAS MORE INTERESTED IN MAKING
MONEY FOR HER SELF AND HER PARTNER THAN SEEING JUSTICE DONE FOR
DAMAGES AGAINST ME, MY COMPANY AND FAMILY.. I AM ASKING FOR A SMALL
AMOUNT OF MONEY FOR ALL THE YEARS OF DAMAGES CREATED BY ARNOLD,MO

WE ARE ASKING FOR A JUSTIFED AMOUNT OF 35 MILLION DOLLARS IN DAMAGES.

WE COULD EASILY ASK FOR MANY TIMES THIS AMOUNT OF MONEY FOR THE
YEARS OF DAMAGES ABUSE. TAMPERING WITH THE COMPANY, IT'S PEOPLE. THE
NON USE OF OUR LAND. ARNOLD REFUSES TO ALLOW US THE  ABILITY TO USE OF
LAND. MANY TIMES THE HAVE PURPOSELY DENIED THE USE OF OUR PROPERTY.
WRITTEN US UP FOR FALSE VIOLATIONS. OTHER COMPANIES AND BUSINESS'S
ARE DOING FAR WORSE AND THEY RECEIVE NOTHING IN THE WAY OF
VIOLATIONS. SO FOR THE YEARS OF TORTURE AND ABUSE 35 MILLION DOLLARS IS
A VERY REASONABLLE AMOUNT OF MONEY..SHOULD THEY APPEAL THIS
AMOUNT OF MONEY WE WOULD ASK FOR AN ESCALATION CLAUSE THAT WOULD
ADD 5 MILLION DOLLARS A MONTH FOR ADDITIONAL TIME AND HARASSMENT
CAUSED BY THE STALLLING OF ARNOLD, MISSOURI.


WITH GREAT RESPECT,

JAMES EUGENE WOLF